IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFREY ALLEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-146 |
| | * |
| DAVID L. MINCEY, III, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 28, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk